**FILED**

NOV 28 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　　　DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>JOSE LEYVA,<br><br>　　　　Defendant. | Case No.: 22-CR-2541-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

　　The United States' Motion to Dismiss the Information (Dkt. No. 15) is hereby GRANTED. The Information (Dkt. No. 13) is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 11/28/22

　　　　　　　　　　　　　　　　Todd Robinson
　　　　　　　　　　　　　　　　HON. TODD W. ROBINSON
　　　　　　　　　　　　　　　　United States District Judge